UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH RANDOLPH MAYS,<br><br>                   Plaintiff,<br><br>         v.<br><br>BRIAN BIRKHOLZ, Warden, et al.,<br><br>                   Defendants. | Case No. CV 22-5524 SVW (PVC)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed Plaintiff's Motion for Preliminary Injunction and/or Temporary Protective Order in the above-captioned matter, Plaintiff's Motion to Seal Records and Motion to Clerk of Court to Direct the U.S. Marshal[s] Service to Serve the Summons and Complaint, all the records and files herein, the Report and Recommendation of the United States Magistrate Judge, and Plaintiff's Objections. After having made a *de novo* determination of the portions of the Report and Recommendation to which Objections were directed, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge.

IT IS ORDERED THAT:

1. Plaintiff's Motion for Preliminary Injunction and/or Temporary Protective Order is DENIED;

2. Plaintiff's Motion to Seal Records is DENIED;

3. Plaintiff's Motion to Clerk of Court to Direct the U.S. Marshal[s] Service to Serve the Summons and Complaint is DENIED; and

4. Plaintiff is GRANTED thirty days to file a First Amended Complaint correcting the deficiencies of his original pleading if he wishes to proceed with this action.

The Clerk shall serve copies of this Order on Plaintiff at his address of record.

IT IS SO ORDERED.

DATED: January 26, 2023

STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE