UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.   CV 22-5524 SVW (PVC)                                             Date:  April 6, 2023

Title      Joseph Randolph Mays v. Brian Birkholz, et al.

Present: The Honorable Pedro V. Castillo, United States Magistrate Judge

| Marlene Ramirez | None |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**PROCEEDINGS:   [IN CHAMBERS]  ORDER TO SHOW CAUSE WHY THE MAGISTRATE JUDGE SHOULD NOT RECOMMEND THAT THIS ACTION BE DISMISSED FOR FAILURE TO PROSECUTE**

    Plaintiff, a federal inmate proceeding *pro se*, filed the above-referenced action seeking an injunction requiring Defendants at the United States Penitentiary-Lompoc to provide him with constitutionally required health care.  ("Compl.," Dkt. No. 1).  On January 26, 2023, the District Judge denied Plaintiff's Motion for Preliminary Injunction and/or Temporary Protective Order, dismissed the Complaint with leave to amend, and granted Plaintiff thirty days to file a First Amended Complaint.  (Dkt. No. 17).

    Plaintiff subsequently requested, and was granted, two extensions of the Court's deadline.  (Dkt. Nos. 18-19, 20-21).  Pursuant to the most recent extension, Plaintiff's First Amended Complaint was due by March 27, 2023.  (Dkt. No. 21 at 2).

    The March 27, 2023 deadline has expired and Plaintiff has failed to file a First Amended Complaint; nor has he requested an extension of time in which to do so.  Nearly two and a half months have passed since the District Judge ordered Plaintiff to file

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   CV 22-5524 SVW (PVC)                                      Date:  April 6, 2023

Title   Joseph Randolph Mays v. Brian Birkholz, et al.

a First Amended Complaint if he wished to proceed with this action.  This case is at a standstill entirely of Plaintiff's own making.

Accordingly, Plaintiff is ORDERED TO SHOW CAUSE, within **twenty-one (21) days** of the date of this Order, why the Magistrate Judge should not recommend that this action be dismissed with prejudice for failure to prosecute.  Plaintiff may discharge this Order by filing either:  (1) a First Amended Complaint, curing the deficiencies of the initial Complaint; **or** (2) a declaration under penalty of perjury stating why he is unable to do so.

If Plaintiff no longer wishes to pursue his claims, he may request a voluntary dismissal of this action pursuant to Federal Rule of Civil Procedure 41(a).  **A Notice of Dismissal form is attached for Plaintiff's convenience.**  Plaintiff is again warned that the failure to timely file a response to this Order will result in a recommendation that this action be dismissed with prejudice for failure to prosecute and obey court orders pursuant to Federal Rule of Civil Procedure 41(b).

The Clerk of the Court is directed to serve a copy of this Order upon Plaintiff at his address of record.

IT IS SO ORDERED.

|  | 00:00 |
|---|---|
| **Initials of Preparer** | mr |