# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH RANDOLPH MAYS,<br><br>Plaintiff,<br><br>v.<br><br>BRIAN BIRKHOLZ, et al.,<br><br>Defendants. | Case No. CV 22-5524 SVW (PVC)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS ORDERED that (1) the Eighth Amendment failure to provide medical records claim against all Defendants in the Second Amended Complaint is DISMISSED WITH PREJUDICE; and (2) all claims in the Second Amended Complaint against the Federal Bureau of Prisons and Defendants Birkholz, Romero, Camacho, Sirth, McDowell,

1 | Peinado, Menjivar, Canaba, Hansen, Ramirez, Rios-Marques, and John/Jane Doe are
2 | DISMISSED WITH PREJUDICE.

4 |     IT IS FURTHER ORDERED that the Clerk serve copies of this Order on Plaintiff
5 | at his current address of record.

7 | DATED: July 16, 2025

*[signature]*

STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

2