**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

JOSEPH RANDALL MAYS,

Plaintiff,

v.

BRIAN BIRKHOLZ, et al.,

Defendants.

Case No. CV 22-5524 SVW (PVC)

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge, and no objections having been received, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge. Accordingly, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS ORDERED that the above-captioned case is hereby DISMISSED as MOOT without prejudice as to any survivorship claim which may exist. IT IS FURTHER ORDERED that the Clerk serve copies of this Order on Plaintiff and counsel for Defendants.

DATED: September 16, 2026

STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE