JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

JOSEPH RANDALL MAYS,

Plaintiff,

v.

BRIAN BIRKHOLZ, et al.,

Defendants.

Case No. CV 22-5524 SVW (PVC)

**JUDGMENT**

Pursuant to the Order Accepting Magistrate Judge's Report and Recommendation,

IT IS HEREBY ADJUDGED that the above-captioned action is DISMISSED as MOOT without prejudice as to any survivorship claim which may exist.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: September 16, 2026

STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE